# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 6:05CR47** |
| | § | |
| **ANDY BRYAN WAGNER** | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

By order, the undersigned referred this matter to the Honorable Harry W. McKee, United States Magistrate Judge, at Tyler, Texas, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure.  Judge McKee conducted a hearing  in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his *Report and Recommendation of the United States Magistrate Judge* [Clerk's doc. #23].  The Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally accept his plea agreement.  He further recommended that the undersigned finally adjudge Defendant as guilty on **Count One** of the **Indictment** filed against Defendant in this cause.

The parties have not objected to the magistrate judge's findings.  The Court is of the opinion that the *Report and Recommendation* should be accepted.  It is accordingly **ORDERED** that the *Report and Recommendation* [Clerk's doc. #23] of the United States Magistrate Judge are **ADOPTED.**  Defendant's guilty plea and the plea agreement are conditionally  **ACCEPTED** by the Court at this time.

–1–

It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, Andy Bryan Wagner, is hereby adjudged as **GUILTY** on **Count One** of the charging **Indictment**, conditioned upon the Court's final acceptance of the guilty plea and plea agreement at sentencing.

**SIGNED this 18th day of August, 2005.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE